**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DAVID CHIMINELLO,** )<br>      **Plaintiff** )<br> )<br>**v.** )<br> )<br> ) **Case No.:** 1:17-cv-11558-RGS<br>**GLOBAL CREDIT AND** )<br>**COLLECTION CORPORATION,** )<br>**INC.,** )<br>      **Defendant** ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: December 4, 2017        BY: */s/ Craig Thor Kimmel*
                                            Craig Thor Kimmel, Esquire
                                            Kimmel & Silverman, P.C.
                                            30 East Butler Pike
                                            Ambler, PA 19002
                                            Phone: (215) 540-8888 ext. 148
                                            Facsimile: (877) 788-2864
                                            Email: kimmel@creditlaw.com
                                            Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 4th day of December, 2017, a true and correct copy of the foregoing pleading served via mail to the below:

>Global Credit & Collection Corporation, Inc.
>5440 N Cumberland Avenue
>Suite 300
>Chicago IL 60656
>Phone: (855) 601-0375
>Email: https://servicing.globalcollection.net

>*/s/ Craig Thor Kimmel*
>Craig Thor Kimmel, Esquire
>Kimmel & Silverman, P.C.
>30 East Butler Pike
>Ambler, PA 19002
>Phone: (215) 540-8888 ext. 148
>Facsimile: (877) 788-2864
>Email: kimmel@creditlaw.com
>Attorney for Plaintiff